**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 625-3893
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK ALAN "MISTY" RABKA, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARIZONA PIPELINE COMPANY, a Domestic Corporation, DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive,<br><br>Defendants | **CASE NO.: 2:19-cv-02208-KJD-VCF**<br><br>**STIPULATION AND ORDER TO EXTEND REMAINING DISCOVERY DEADLINES BY A PERIOD OF NINETY (90) DAYS**<br><br>**(FOURTH REQUEST)** |

Plaintiff MARK ALAN "MISTY" RABKA ("Plaintiff"), by and through her attorney, Jenny L. Foley, Ph.D., Esq. of the law firm HKM Employment Attorneys LLP, and Defendant ARIZONA PIPELINE COMPANY, by and through its attorney, Jessica A. Green, Esq. of the law firm Lipson, Neilson, Cole, Seltzer & Garin, P.C., hereby stipulate and agree as follows:

1. That the discovery cut-off date, currently set for January 28, 2021, be extended by a period of ninety (90) days, and become due on **April 29, 2021**;

2. That the deadline to file dispositive motions, currently set for March 1, 2021, be extended by a period of ninety (90) days, and become due on **May 31, 2021**;

3. That the deadline to file a joint pretrial order, currently set for March 31, 2021, be extended by a period of ninety (90) days, and become due on **June 29, 2021**, unless dispositive motions are pending, in which case thirty (30) days after a decision on all dispositive motions has been entered;

4. That Plaintiff's counsel and Defendants' counsel have been in contact regarding the suitability of extending the discovery cut-off deadline in this matter. Since entry of the Court's most recent order extending the rebuttal expert disclosure deadline on November 13, 2020 [ECF No. 24], additional discovery has taken place. Particularly, Defendant has severed its rebuttal expert disclosure. Defendant has also served its first sets of document requests, interrogatories, and request for admissions on the Plaintiff, with responses due at the end of January. Additionally, the parties are in the process of meeting and conferring over certain of the written discovery responses served by Defendant, and hope to resolve their issues through the meet and confer process and without intervention by the Court. However, it is possible all such issues may not be resolved, and the parties may need to resort to motion briefing which will necessarily impact the remaining deadlines. Further, the parties will need to engage in further expert discovery, including depositions, as well as depositions of the parties.

5. With the remaining discovery to be completed, which includes the taking several depositions and further meet and conferral efforts to resolve outstanding discovery disputes, the parties believe discovery cannot feasibly be completed with less than one month remaining in the discovery period. Accordingly, the request to extend all remaining deadlines is made in good faith and not for the purpose of delay.

6. All parties believe the requested extension is warranted under the current circumstances and will not result in undue delay in the administration of this case.

1    7.    This is the fourth request for an extension of the remaining deadlines in this

2 matter and is made in good faith for the reasons stated above.

3 Dated this 5th day of January, 2021.                    Dated this 5th day of January, 2021.

| HKM EMPLOYMENT ATTORNEYS LLP | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
|---|---|
| By: */s/ Jenny L. Foley*<br>JENNY L. FOLEY, Ph.D., ESQ.<br>Nevada Bar No. 9017<br>E-mail: jfoley@hkm.com<br>1785 East Sahara, Suite 300<br>Las Vegas, Nevada 89104<br>Tel: (702) 805-8340<br>Fax: (702) 625-3893<br>*Attorneys for Plaintiff* | By: */s/ Jessica A. Green*<br>JOSEPH P. GARIN (Bar No. 6653)<br>jgarin@lipsonneilson.com<br>JESSICA A. GREEN (Bar No. 12383)<br>jgreen@lipsonneilson.com<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br>Phone: 702-382-1500<br>Fax: 702-382-1512<br>*Attorneys for Defendant* |

**IT IS SO ORDERED;**

_____

UNITED STATES MAGISTRATE JUDGE

 1-25-2021
_____

DATE