LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| MARK ALAN "MISTY" RABKA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARIZONA PIPELINE COMPANY, a Domestic Corporation, DOES I - X; and ROE CORPORATIONS I - X,<br><br>Defendant. | Case No: 2:19-cv-02208-KJD-VCF<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY** |

Plaintiff MARK ALAN "MISTY" RABKA ("Plaintiff"), by and through her attorney, Jenny L. Foley, Ph.D., Esq., of the law firm HKM Employment Attorneys LLP, and Defendant ARIZONA PIPELINE COMPANY, by and through its attorney, Jessica A. Green, Esq., of the law firm LIPSON NEILSON P.C., hereby stipulate and agree as follows:

IT IS HEREBY AGREED AND STIPULATED that the parties jointly request an order staying all discovery for sixty (60) days as the parties are conducting settlement discussions and hope to settle this case through a supplemental ENE.

The parties have good cause for requesting the stay due to ongoing settlement negotiations. The parties believe a stay of the matter to be appropriate to conserve judicial

resources.  The parties have entered into the agreement in good faith and not for the purposes of delay.

IT IS FURTHER AGREED AND STIPULATED that the parties will submit a renewed discovery schedule no later than thirty (30) days from the date the stay is lifted.

| | |
|---|---|
| Dated: 05/03/21<br><br>HKM EMPLOYMENT ATTORNEYS LLP<br><br>By: */s/ Jenny L. Foley*<br>_____<br>JENNY L. FOLEY, Ph.D., ESQ.<br>Nevada Bar No. 9017<br>1785 East Sahara, Suite 300<br>Las Vegas, Nevada 89104<br>(702) 805-8340<br><br>*Attorneys for Plaintiff* | Dated: 05/03/21<br><br>LIPSON NEILSON P.C.<br><br>By: */s/ Jessica A. Green*<br>_____<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>JESSICA A. GREEN<br>Nevada Bar No. 12383<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>(702) 382-1500<br><br>*Attorneys for Defendant* |

### ORDER

Based on the foregoing stipulation of the parties, and for good cause appearing,

IT IS HEREBY ORDERED that discovery is stayed for sixty (60) days from entry of this order, or until __7-6-2021__.

IT IS FURTHER ORDERED that the parties shall submit a renewed discovery schedule no later thirty (30) days, or __8-6-2021__, if the case has not settled.

IT IS SO ORDERED.

_____
UNITED STATE MAGISTRATE JUDGE

5-3-2021
_____
Date